1016

[No. 43448-9-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULETTE
MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-04564-9, Charles V. Johnson, J., entered
September 25, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43567-1-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. RODNEY LEE
FAGAN, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-1-00162-8, Ronald L. Castleberry,
J., entered October 27, 1998. *Reversed* by unpublished per
*curiam opinion.*

[No. 43742-9-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANESHA
JUANITA JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04095-1, Faith Ireland, J., entered
November 23, 1998. *Reversed* by unpublished per curiam
opinion.

[No. 43826-3-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHON
VESIKURU, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-05340-4, John M. Darrah, J., entered
December 16, 1998. *Affirmed* by unpublished per curiam
opinion.